FILED
August 2, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:17-MJ-00132-KJN |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| HOWARD DUCE SIMON, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release HOWARD DUCE SIMON, Case No. 2:17-MJ-00132-KJN, Charge Title 21 USC § 841(a)(1); 18 USC § 924(c), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ 50,000.00 (co-signed)

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

    ✔ (Other) With pretrial supervision and conditions of release as stated on the record in open court. USM shall release defendant on 8/14/2017, at 9:00 a.m., to the Pretrial Services.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 2, 2017 at 2:35 pm.

By /s/ Deborah Barnes
Deborah Barnes
United States Magistrate Judge