UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
August 3, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> HOWARD DUCE SIMON, ) <br> ) <br> Defendant. ) | Case No. 2:17-MJ-0132 KJN <br> **AMENDED** <br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>HOWARD DUCE SIMON</u>, Case No. <u>2:17-MJ-00132-KJN</u>, Charge <u>Title 21 USC § 841(a)(1); 18 USC § 914(c)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __   Release on Personal Recognizance

     ✔   Bail Posted in the Sum of $ <u>50,000.00 (co-signed)</u>

         ✔   Unsecured Appearance Bond

         __   Appearance Bond with 10% Deposit

         __   Appearance Bond with Surety

         ✔   (Other)   <u>With pretrial supervision and conditions of release as stated on the record in open court. USM to release defendant on 8/4/2017 at 9:00 am to Pretrial Services.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 3, 2017</u> at <u>2:05</u> pm.

By _____
Deborah Barnes
United States Magistrate Judge