HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
HOWARD SIMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-MJ-00132 KJN |
|---|---|
| Plaintiff, | ) |
|  | ) **STIPULATION AND ORDER** |
| vs. | ) **CONTINUING PRELIMINARY HEARING** |
|  | ) |
| HOWARD SIMON, | ) |
|  | ) Date:   August 23, 2017 |
| Defendant. | ) Time:   2:00 p.m. |
|  | ) |

IT IS HEREBY STIPULATED between plaintiff, United States of America, and defendant, Howard Simon, that the preliminary hearing scheduled for August 23, 2017, may be continued one week to August 30, 2017.

The parties request this continuance, with Mr. Simon's consent, so that undersigned defense counsel may be present with Mr. Simon for the hearing.  The parties agree that the need for continuity of defense counsel constitutes good cause for a one-

-1-

week continuance pursuant to Federal Rule of Criminal Procedure 5.1(d).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: August 14, 2017     /s/ T. Zindel
                           TIMOTHY ZINDEL
                           Assistant Federal Defender
                           Attorney for HOWARD SIMON

                           PHILLIP TALBERT
                           United States Attorney

Dated: August 14, 2017     /s/ T. Zindel for J. Conolly
                           JAMES CONOLLY
                           Assistant U.S. Attorney

**O R D E R**

Good cause appearing as set forth above, the preliminary hearing scheduled for August 23, 2017, is continued to August 30, 2017, at 2:00 p.m.

Dated: August 14, 2017     _____
                           HON. EDMUND F. BRENNAN
                           United States Magistrate Judge